IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01838-ZLW

JEFFERY MICKENS,

          Plaintiff,

v.

JOE ORTIZ, Department of Corrections,
WARDEN McKINNA, Buena Vista Correctional Facility,
DR. McCOLLEN,
DR. ROBERTS,
STATE OF COLORADO,
GOVERNOR BILL OWENS,
DR. CRUM, Denver County Jail Medical Staff,
NURSE ROSIE, Denver County Jail Medical Staff,
BETH LINDROSS, HSA, and
COMPLETE MEDICAL STAFF,

          Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 6 2006

GREGORY C. LANGHAM
          CLERK

---

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

Plaintiff submitted a Notice of Appeal actually titled "Motion of Appeal" on December 15, 2005. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

(A) **Filing Fee**
    X    is not submitted

(B) **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
    X    is not submitted
    __    is missing affidavit
    __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

1

      __    is missing required financial information
      __    is missing an original signature by the prisoner
      __    is not on proper form (must use the court's current form)
      __    other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 6 day of January, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court