IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 30 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01838-ZLW

JEFFERY MICKENS,

  Plaintiff,

v.

JOE ORTIZ, Dept. of Corrections,
WARDEN McKINNA, Buena Vista Correctional Facility,
DR. McCOLLEN,
DR. ROBERTS,
STATE OF COLORADO,
GOVERNOR BILL OWENS,
DR. CRUM, Denver County Jail Medical Staff,
NURSE ROSIE, Denver County Jail Medical Staff,,
BETH LINDROSS, HSA, and
COMPLETE MEDICAL STAFF,

  Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

  Plaintiff's "Motion for Writ of Habeas Corpus" filed on January 27, 2006, is DENIED because this action was dismissed by order filed on December 1, 2005.

Dated: January 30, 2006

Copies of this Minute Order mailed on January 30, 2006, to the following:

Jeff Mickens
Prisoner No. 1453323
Denver County Jail
10500 Smith Road
Denver, CO 80201

Secretary/Deputy Clerk